UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO SMITH, | 1:04-cv-06513-OWW-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** (Doc. 11) |
| ALAMEIDA, et al., | |
|     Defendants. | |

Plaintiff, Alonzo Smith ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 21, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed June 21, 2005, are ADOPTED IN FULL; and,

   2.   Plaintiff's motion for preliminary injunction, filed June 13, 2005, is DENIED, as Judgment was entered on February 18, 2005, and this action is therefore CLOSED.

IT IS SO ORDERED.

**Dated:   August 25, 2005**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE